**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-01701-REB-MJW

CHRISTOPHER ESSMAN, and
LINDSEY ESSMAN,

     Plaintiffs,

v.

AMIR TOSH,
d/b/a IMPERIAL AUTOS, INC.,

     Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the plaintiff's **Unopposed Motion To Dismiss** [#15][1] filed December 21, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's **Unopposed Motion To Dismiss** [#15] filed December 21, 2011, is **APPROVED**;

2. That the Trial Preparation Conference set for June 8, 2012, is **VACATED**;

3. That the jury trial set to commence June 25, 2012, is **VACATED**; and

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

    4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated December 21, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge